UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6943**

───────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

JACKIE MCKUBBIN,

                                   Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Terrence W. Boyle, Chief District Judge. (CR-95-5-V, CA-96-129-3-B)

───────────

Submitted: October 18, 2001          Decided: October 26, 2001

───────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Jackie McKubbin, Appellant Pro Se. Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackie McKubbin appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion, which the court properly construed as a motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). <u>See</u> <u>United States v. Rich</u>, 141 F.3d 550, 551-52 (5th Cir. 1998). Because this court has not granted McKubbin authorization to file a successive § 2255 motion, <u>see</u> 28 U.S.C.A. § 2244 (West 1994 & Supp. 2001), the district court properly dismissed his Rule 60(b) motion as a successive § 2255 motion. <u>Rich</u>, 141 F.3d at 553. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2